**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| NORMAN IP HOLDINGS, LLC, § | |
| § | |
| Plaintiff, § | Civil Action No. 6:13-cv-390 |
| § | |
| v. § | **Jury Trial Demanded** |
| § | |
| DISH NETWORK, LLC § | |
| § | |
| Defendant. § | |

**PLAINTIFF NORMAN IP HOLDINGS, LLC'S**
**RULE 7.1 CORPORATE DISCLOSURE**

Plaintiff, Norman IP Holdings, LLC makes the following disclosure under Rule 7.1 of the Federal Rules of Civil Procedure:

1. Norman IP Holdings, LLC is a Texas corporation with its principal place of business at 100 E. Ferguson, Suite 900, Tyler, Texas 75702.

2. Plaintiff, Norman IP Holdings, LLC has no parent corporation, and no publicly held company owns 10% or more of Norman IP Holdings, LLC's stock.

Respectfully submitted,

Dated: May 10, 2013     By: /s/ Andrew G. DiNovo
       Andrew G. DiNovo
       Texas State Bar No. 00790594
       Adam G. Price
       Texas State Bar No. 24027750
       Chester J. Shiu
       Texas State Bar No. 24071126
       **DiNovo Price Ellwanger & Hardy LLP**
       7000 N. MoPac Expressway, Suite 350
       Austin, Texas  78731
       Telephone:  (512) 539-2626
       Telecopier:  (512) 539-2627
       adinovo@dpelaw.com
       aprice@dpelaw.com
       cshiu@dpelaw.com