**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **NORMAN IP HOLDINGS, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 6:13-cv-390-LED-JDL** |
| | § | |
| **DISH NETWORK L.L.C.,** | § | |
| **Defendant.** | § | |

**FINAL JUDGMENT**

Pursuant to the Joint Motion for Dismissal with Prejudice of Defendant DISH Network L.L.C. (6:13-cv-384, Doc. No. 176) filed by Plaintiff Norman IP Holdings, LLC and Defendant DISH Network L.L.C., the Court hereby enters Final Judgment.

IT IS ORDERED, ADJUDGED and DECREED that the parties take nothing and that all pending motions are DENIED AS MOOT. All costs are to be borne by the party that incurred them.

It is further ORDERED, ADJUDGED and DECREED that Plaintiff's claims are DISMISSED with prejudice in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 30th day of May, 2014.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**